UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLEITON ALEXANDER MATIAS,

    Petitioner,

v.                                NO. 18-CR-11056-MPK

STEVEN W. TOMPKINS,

    Sheriff of Suffolk County, et al.

## ORDER OF RELEASE

KELLEY, U.S.M.J.

The court held a hearing today, June 21, 2018, concerning the continued detention of petitioner by the Immigration and Customs Enforcement Division of the Department of Homeland Security (ICE). Although on June 15, 2018, the court ordered the government to file a status report with the court no later than June 19, 2018, stating what steps ICE was taking to grant petitioner a hearing on detention, the government did not do so, but rather filed a report stating simply that petitioner's removal was achievable in the foreseeable future. (#22.) At the hearing regarding detention today, for the first time the government stated that petitioner previously was given a detention review, which apparently took place on June 12, 2018. Although the court does not have all the facts concerning that review, one thing is clear: the petitioner's attorney was not given fair notice of the hearing as 8 C.F.R. § 241.14 requires.

The court thus conducted a detention hearing and found that under the criteria set forth in § 241.4 (e), immediate removal is not practicable while this matter is pending; petitioner is not a danger; and he is not a flight risk.

Accordingly, it is hereby ORDERED that petitioner shall be released.

M. PAGE KELLEY
United States Magistrate Judge

June 21, 2018

